# United States District Court

for

## Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Julius M. Blankenship     Case Number: 3:00cr200-WHA

Name of Sentencing Judicial Officer: The Honorable W. Harold Albritton, III, Senior United States District Judge

Date of Original Sentence: May 15, 2001; Revoked, November 28, 2007

Original Offense: Conspiracy to Manufacture 50 or more Grams of Methamphetamine and Using/Carrying a Firearm During a Drug Trafficking Offense, 21 U.S.C. § 846, and 18 U.S.C. § 924(c)(1)(A)(i)

Original Sentence: 84 months custody, 5 years TSR; Revoked, 12 months custody, 4 years TSR

Type of Supervision: Supervised Release     Date Supervision Commenced: November 13, 2008

Assistant U.S. Attorney: Louis V. Franklin     Defense Attorney: Jon C. Taylor

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1–Standard Condition 2: "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." | The defendant, Julius Blankenship, failed to report to the probation officer and submit a written report within the first five days of August 2011. |
| #2–Standard Condition 6: "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment." | The defendant, Julius Blankenship, vacated his approved residence on or about July 19, 2011, without the prior approval of the probation officer. To date, Blankenship's whereabouts remain unknown. |

| #3–Special Condition 1: "The defendant shall participate in drug testing and treatment as directed by the probation officer." | The defendant, Julius Blankenship, failed to report for drug testing on or about July 15, 2011, July 28, 2011, and August 4, 2011. In addition, the defendant failed to report for drug treatment on or about July 18, 2011, at the Chemical Addictions Program, Inc. |

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
    [X]  revoked.
    [ ]  extended for _ years, for a total term of _ years.

[ ]  The conditions of supervision should be modified as follows:

> I declare under penalty of perjury that the foregoing is true and correct.
>
> Executed on August 12, 2011
>
> /s/ Alfred L. Lancaster
> Senior U.S. Probation Officer

APPROVED:

/s/ Sandra G. Wood
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  ~~No Action~~
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*signature*
SENIOR UNITED STATES DISTRICT JUDGE

Aug. 12, 2011
Date