<small>AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations<br>
Sheet 2— Imprisonment</small>

|  |  |
|---|---|
| DEFENDANT: JULIUS M. BLANKENSHIP | Judgment — Page 2 of 2 |
| CASE NUMBER: 3:00cr200-WHA-01 | 2011 NOV 15  1: 51 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**9 months, with no supervised release to follow.**
It is ORDERED that the term of supervised release imposed on November 28, 2007, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 9 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __10/28/11__ to __FCC Forrest City Low__

at __Forrest City, AR__ with a certified copy of this judgment.

                                                                 T.C. Outlaw, Warden
                                                               UNITED STATES MARSHAL

                                                    By __Jackson, CSO__
                                                           ~~DEPUTY UNITED STATES MARSHAL~~

RETURNED AND FILED

NOV 17 2011

CLERK
U.S. DISTRICT COURT